IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIE C. MOFFATT,**<br>    **Plaintiff,**<br><br>   v.<br><br>**WAZANA BROTHERS INTERNATIONAL, doing business as "MICRO SOLUTIONS ENTERPRISES,"**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 14-1881** |

## O R D E R

**AND NOW**, this 23rd day of October, 2014, upon consideration of a letter from counsel for plaintiff Julie A. Uebler dated October 14, 2014 requesting the Court's assistance in resolving a discovery dispute,[1] a letter from counsel for defendant Thomas Paschos dated October 20, 2014 responding to plaintiff's letter,[2] and the related submissions of the parties, for the reasons set forth in the Memorandum dated October 23, 2014, **IT IS ORDERED** that plaintiff's request to compel defendant to produce an unredacted copy of the September 25, 2012 email is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.

---

[1] The dispute focused on whether an email dated September 25, 2012 was protected from discovery under the attorney-client privilege.

[2] Copies of the two letters from counsel dated October 16, 2014 and October 20, 2014 shall be docketed by the Deputy Clerk.